```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

        Plaintiff,

  -against-

38TH STREET CAFÉ LLC, et al.,

        Defendants.

21-CV-6302 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Two affidavits of service state that plaintiff served 38th Street Café LLC and Murray Hill Mews Owners Corp. with process on September 2, 2021. (Dkt. Nos. 10, 11.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendants were required to respond to the complaint no later than September 23, 2021. Defendants have neither appeared nor responded to the complaint. No later than **October 26, 2021**, plaintiff shall inform the Court whether the parties have extended defendants' time to respond, or whether plaintiff intends to request a certificate of default. Plaintiff promptly shall serve this Order on defendants.

Dated: New York, New York
       October 12, 2021

                           **SO ORDERED**.

                           _____
                           **BARBARA MOSES**
                           **United States Magistrate Judge**