UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI GIROTTO,

      Plaintiff,

vs.

38TH STREET CAFE LLC, a New York
limited liability company, d/b/a DELECTICA
CAFÉ, and MURRAY HILL MEWS OWNERS
CORP., a New York corporation,

      Defendants.
_____/

CASE NO: 1:21-cv-06302-PAE-BCM

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, 38TH STREET CAFE LLC, a New York limited liability company, d/b/a DELECTICA CAFÉ, and MURRAY HILL MEWS OWNERS CORP., a New York corporation, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 17th day of February, 2022.

By: _/s/ Robert J. Mirel_  
Robert J. Mirel, Esq.  
The Weitz Law Firm, P.A.  
18305 Biscayne Blvd., Suite 214  
Aventura, FL 33160  
Telephone: (305) 949-7777  
Facsimile: (305) 704-3877  
Email: RJM@weitzfirm.com  
*Attorney for Plaintiff*

By: _/s/ Avi Naveh_  
Avi Naveh, Esq.  
Law Office of Avi A. Naveh, Esq.  
155 East 55th Street, Suite 6A  
New York, NY 10022  
Telephone: (646) 881-4471  
Facsimile: (661) 430-4471  
Email: court@navehlaw.com  
*Attorney for Defendant,*  
*38TH STREET CAFE LLC*

By: _____
Angela M. Objay-Stenroos, Esq.
Litchfield Cavo LLP (NYC)
420 Lexington Avenue, Suite 2104
New York, NY 10170
Telephone: (212) 434-0100
Fax: (212) 434-0105
Email: stenroos@litchfieldcavo.com
*Attorney for Defendant,*
*MURRAY HILL MEWS OWNERS CORP.*

**SO ORDERED:**

_____
Paul A. Engelmayer, U.S.D.J.

Dated: February 22, 2022